UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

DEVAL DENIZCILIK VE TICARET, A.S.,

        Plaintiff,               08 Civ. 9284 (JGK)

  - against -                  ORDER

COMMER INTERNATIONAL LTD., ET AL.,

        Defendants.
---

JOHN G. KOELTL, District Judge:

    For the reasons stated on the record at the conference held on February 26, 2009, the defendants' motion to vacate is **denied**. The Clerk is directed to close Docket No. 8.

    The complaint will be **dismissed without prejudice** as of March 27, 2009. Notwithstanding the dismissal of the action, any funds attached up until that date will remain attached and under the jurisdiction of this Court subject to further order of the Court. No further property or funds shall be attached pursuant to the current Order of Attachment in this case after March 27, 2009. The Clerk is directed to close this case on March 27, 2009.

SO ORDERED.

Dated:    New York, New York
           February 26, 2009

                                        John G. Koeltl
                                    United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/09

-1-